**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:                                                        Case No: 6:17-bk-05443-KSJ
JEFFREY ALAN HARTZELL,                                        Chapter 13
        Debtor.
_____

AMENDED
**CHAPTER 13 PLAN**

A.      **NOTICES.**

**Debtor[1] must check one box on each line to state whether or not the Plan includes each of the following items. If an item is checked as "Not Included," if both boxes are checked, or if neither box is checked, the provision will be ineffective if set out later in the Plan.**

| | | |
|---|---|---|
| A limit on the amount of a secured claim based on a valuation which may result in a partial payment or no payment at all to the secured creditor. See Sections C.5(d) and (e). A separate motion will be filed. | Included | Not Included<br><br>x |
| Avoidance of a judicial lien or nonpossessory, nonpurchase money security interest under 11 U.S.C. § 522(f). A separate motion will be filed. See Section C.5(e). | Included | Not Included<br><br>x |
| Nonstandard provisions, set out in Section E. | Included | Not included<br><br>x |

B.      **MONTHLY PLAN PAYMENTS.** Plan payments include the Trustee's fee of 10% and shall begin 30 days from petition filing/conversion date. Debtor shall make payments to the Trustee for the period of 60 months. If the Trustee does not retain the full 10%, any portion not retained will be disbursed to allowed claims receiving payments under the Plan and may cause an increased distribution to the unsecured class of creditors.

    $5,256.00 from month 1 (Sept. 16, 2017) through 6 (Feb. 16, 2018)
    $5,910.00 from month 7 (March 16, 2018) through 36 (Aug. 16, 2020)
    $7,055.00 from month 37 (Sept. 16, 2020) through 60 (Aug. 16, 2022)

---

[1] All references to "Debtor" include and refer to both of the debtors in a case filed jointly by two individuals.

C.    **PROPOSED DISTRIBUTIONS.**

    1.    **ADMINISTRATIVE ATTORNEY'S FEES.**

**Base Fee $4,500.00 Total Paid Prepetition $0.00 Balance Due $4,500.00**

**MMM Fee $_____ Total Paid Prepetition $_____ Balance Due $_____**

**Estimated Monitoring Fee at $50.00\* per Month.**

**Attorney's Fees Payable Through Plan at $____\*____ Monthly (subject to adjustment).**
\*see attached spreadsheet, subject to future modification until all fees above are paid in full

    2.    **DOMESTIC SUPPORT OBLIGATIONS (as defined in 11 U.S.C. §101(14A).**
**NONE**

    3.    **PRIORITY CLAIMS (as defined in 11 U.S.C. § 507).**

**NONE**

    4.    **TRUSTEE FEES.** From each payment received from Debtor, the Trustee shall receive a fee, the percentage of which is fixed periodically by the United States Trustee.

    5.    **SECURED CLAIMS.** Pre-confirmation payments allocated to secured creditors under the Plan, other than amounts allocated to cure arrearages, shall be deemed adequate protection payments. The Trustee shall disburse adequate protection payments to secured creditors prior to confirmation, as soon as practicable, if the Plan provides for payment to the secured creditor, the secured creditor has filed a proof of claim or Debtor or Trustee has filed a proof of claim for the secured creditor under § 501(c), and no objection to the claim is pending. If Debtor's payments under the Plan are timely paid, payments to secured creditors under the Plan shall be deemed contractually paid on time.

    **(a)    Claims Secured by Debtor's Principal Residence Which Debtor Intends to Retain - Mortgage, HOA and Condo Association Payments, and Arrears, if any, Paid Through the Plan.** If the Plan provides for curing prepetition arrearages on a mortgage on Debtor's principal residence, Debtor will pay, in addition to all other sums due under the proposed Plan, all regular monthly postpetition mortgage payments to the Trustee as part of the Plan. These mortgage payments, which may be adjusted up or down as provided for under the loan documents, are due beginning the first due date after the case is filed and continuing each month thereafter. The Trustee shall pay the postpetition mortgage payments for Debtor's principal residence on the following mortgage claims:

**NONE**

    **(b)    Claims Secured by Other Real Property Which Debtor Intends to Retain - Mortgage Payments, HOA and Condo Association Payments, and Arrears, if any, Paid**

**Through the Plan.** If the Plan provides to cure prepetition arrearages on a mortgage, Debtor will pay, in addition to all other sums due under the proposed Plan, all regular monthly postpetition mortgage payments to the Trustee as part of the Plan. These mortgage payments, which may be adjusted up or down as provided for under the loan documents, are due beginning the first due date after the case is filed and continuing each month thereafter. The Trustee shall pay the postpetition mortgage payments on the following mortgage claims:

| Last Four Digits of Acct. No. | Creditor | Collateral Address | Regular Monthly Payment | Gap Payment | Arrears |
|---|---|---|---|---|---|
| 8099 | Nationstar | 1218 Sunshine Avenue Leesburg, FL 34748 | 342.21 | N/A | 0.00 |
| 9028 | Nationstar | 311 South 6th Street Leesburg, FL 34748 | 465.28 | N/A | 0.00 |
| 1673 | Chase Mortgage | 315 South 2nd Street #A Leesburg, FL 34748 | 933.97 | N/A | 4034.68* |
| 7818 | Rushmore | 602-604 O'Brien St. Leesburg, FL 34748 | 561.12 | N/A | 23,729.62* |
| 7795 | Rushmore | 1511 West Main St. Leesburg, FL 34748 | 526.21 | N/A | 18,100.94* |
| 3979 | Fay Servicing | 400 South 6th Street Leesburg, FL 34748 | 679.42 | N/A | 17,590.15* |
| 3323 | Nationstar | 1214-1216 Sunshine Ave. Leesburg, FL 34748 | 284.96 | N/A | 9,055.67* |
| 8420 | Ditech | 214 N. 12th Street Leesburg, FL 34748 | 397.09** | | 10,161.60* |

*see attached spreadsheet
** Debtor paid ongoing payment each month through February, 2018; payment is being added beginning March, 2018 due to escrow arrears being added to plan

    **(c)     Claims Secured by Real Property - Debtor Intends to Seek Mortgage Modification.** If Debtor obtains a modification of the mortgage, the modified payments shall be paid through the Plan. Pending the resolution of a mortgage modification request, Debtor shall make the following adequate protection payments to the Trustee: (1) for *homestead* property, the lesser of 31% of gross monthly income of Debtor and non-filing spouse, if any (after deducting homeowners association fees), or the normal monthly contractual mortgage payment; or (2) for *non-homestead,* income-producing property, 75% of the gross rental income generated from the property.
**NONE**

3

**(d)    Claims Secured by Real Property or Personal Property to Which Section 506 Valuation APPLIES (Strip Down).** Under 11 U.S.C. § 1322 (b)(2), this provision does not apply to a claim secured solely by Debtor's principal residence. **A separate motion to determine secured status or to value the collateral must be filed.** The secured portion of the claim, estimated below, shall be paid. Unless otherwise stated in Section E, the payment through the Plan does not include payments for escrowed property taxes or insurance.

**NONE**

**(e)    Liens to be Avoided Under 11 U.S.C. § 522 or Stripped Off Under 11 U.S.C. § 506.** Debtor must file a separate motion under § 522 to avoid a judicial lien or a nonpossessory, nonpurchase money security interest because it impairs an exemption or under § 506 to determine secured status and to strip a lien.

**NONE**

**(f)    Claims Secured by Real Property and/or Personal Property to Which Section 506 Valuation DOES NOT APPLY Under the Final Paragraph in 11 U.S.C. § 1325(a).** The claims listed below were either: (1) incurred within 910 days before the petition date and secured by a purchase money security interest in a motor vehicle acquired for the personal use of Debtor; or (2) incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value. These claims will be paid in full under the Plan with interest at the rate stated below.

| Last Four Digits of Acct. No. | Creditor | Collateral Description/ Address | Claim Amount | Payment Through Plan | Int. Rate % |
|---|---|---|---|---|---|
| 2042 | Badcock | refrigerator | 999.76 | * | 5.25 |

*see attached spreadsheet

**(g)    Claims Secured by Real or Personal Property to be Paid with Interest Through the Plan under 11 U.S.C. § 1322(b)(2).** The following secured claims will be paid in full under the Plan with interest at the rate stated below.

**NONE**

**(h)    Claims Secured by Personal Property – Maintaining Regular Payments and Curing Arrearage, if any, with All Payments in Plan.**

**NONE**

(i)    **Secured Claims Paid Directly by Debtor.** The following secured claims are being made via automatic debit/draft from Debtor's depository account and are to continue to be paid directly to the creditor or lessor by Debtor outside the Plan via automatic debit/draft. The automatic stay is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any codebtor as to these creditors and lessors upon the filing of this Plan. Nothing herein is intended to terminate or abrogate Debtor's state law contract rights.

| Last Four Digits of Acct. No. | Creditor | Property/Collateral |
|---|---|---|
| 7357 | Caliber | 402A-402B S. 6th St., Leesburg, FL 34748 |
| 7083 | Select Portfolio Service | 8635 Lojek Rd., Cochranton, PA 16314 |
| 3041 | Selene Finance | 310 S. 6th St., Leesburg, FL 34748 |
| | | |

(j)    **Surrender of Collateral/Property that Secures a Claim.** Debtor will surrender the following collateral/property. The automatic stay under 11 U.S.C. §§ 362(a) and 1301(a) is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any codebtor as to these creditors upon the filing of this Plan.

**NONE**

(k)    **Secured Claims That Debtor Does Not Intend to Pay.** Debtor does not intend to make payments to the following secured creditors. The automatic stay is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any codebtor with respect to these creditors upon the filing of this Plan. Debtor's state law contract rights and defenses are neither terminated nor abrogated.

**NONE**

6.    **LEASES / EXECUTORY CONTRACTS.** As and for adequate protection, the Trustee shall disburse payments to creditors under leases or executory contracts prior to confirmation, as soon as practicable, if the Plan provides for payment to creditor/lessor, the creditor/lessor has filed a proof of claim or Debtor or Trustee has filed a proof of claim for the secured creditor/lessor under § 501(c), and no objection to the claim is pending. If Debtor's payments under the Plan are timely paid, payments to creditors/lessors under the Plan shall be deemed contractually paid on time.

(a)    **Assumption of Leases/Executory Contracts for Real or Personal Property to be Paid and Arrearages Cured Through the Plan.** Debtor assumes the following leases/executory contracts and proposes the prompt cure of any prepetition arrearage as follows.

**NONE**

**(b)     Assumption of Leases/Executory Contracts for Real or Personal Property to be Paid Directly by Debtor.** Debtor assumes the following lease/executory contract claims that are paid via automatic debit/draft from Debtor's depository account and are to continue to be paid directly to the creditor or lessor by Debtor outside the Plan via automatic debit/draft. The automatic stay is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any codebtor as to these creditors and lessors upon the filing of this Plan. Nothing herein is intended to terminate or abrogate Debtor's state law contract rights.

**NONE**

**(c)     Rejection of Leases/Executory Contracts and Surrender of Real or Personal Leased Property.** Debtor rejects the following leases/executory contracts and will surrender the following leased real or personal property. The automatic stay is terminated *in rem* as to Debtor and *in rem* and *in personam* as to any codebtor as to these creditors and lessors upon the filing of this Plan.

**NONE**

**7.     GENERAL UNSECURED CREDITORS.** General unsecured creditors with allowed claims shall receive a *pro rata* share of the balance of any funds remaining after payments to the above referenced creditors or shall otherwise be paid under a subsequent Order Confirming Plan. The estimated dividend to unsecured creditors shall be no less than $_____.

**D.     GENERAL PLAN PROVISIONS:**

1.     Secured creditors, whether or not dealt with under the Plan, shall retain the liens securing such claims.

2.     Payments made to any creditor shall be based upon the amount set forth in the creditor's proof of claim or other amount as allowed by an Order of the Bankruptcy Court.

3.     If Debtor fails to check (a) or (b) below, or if Debtor checks both (a) and (b), property of the estate shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise. Property of the estate

   (a)     _____ shall not vest in Debtor until the earlier of Debtor's discharge or dismissal of this case, unless the Court orders otherwise, or

   (b)     ___x___ shall vest in Debtor upon confirmation of the Plan.

4.     The amounts listed for claims in this Plan are based upon Debtor's best estimate and belief and/or the proofs of claim as filed and allowed. Unless otherwise ordered by the Court, the Trustee shall only pay creditors with filed and allowed proofs of claim. An allowed proof of claim will control, unless the Court orders otherwise.

5.     Debtor may attach a summary or spreadsheet to provide an estimate of anticipated distributions. The actual distributions may vary. If the summary or spreadsheet conflicts with this Plan, the provisions of the Plan control prior to confirmation, after which time the Order Confirming Plan shall control.

6. Debtor shall timely file all tax returns and make all tax payments and deposits when due. (However, if Debtor is not required to file tax returns, Debtor shall provide the Trustee with a statement to that effect.) For each tax return that becomes due after the case is filed, Debtor shall provide a complete copy of the tax return, including business returns if Debtor owns a business, together with all related W-2s and Form 1099s, to the Trustee within 14 days of filing the return. Unless otherwise ordered, consented to by the Trustee, or ordered by the Court, Debtor shall turn over to the Trustee all tax refunds in addition to regular Plan payments. Debtor shall not instruct the Internal Revenue Service or other taxing agency to apply a refund to the following year's tax liability. **Debtor shall not spend any tax refund without first having obtained the Trustee's consent or Court approval.**

E. **NONSTANDARD PROVISIONS as Defined in Federal Rule of Bankruptcy Procedure 3015(c).** Note: Any nonstandard provisions of this Plan other than those set out in this section are deemed void and are stricken.

**NONE**

## CERTIFICATION

**By filing this document, the Attorney for Debtor, or Debtor, if not represented by an attorney, certifies that the wording and order of the provisions in this Chapter 13 Plan are identical to those contained in the Model Plan adopted by this Court, and that this Plan contains no additional or deleted wording or nonstandard provisions other than any nonstandard provisions included in Section E.**

**SIGNATURE(S):**

Debtors

/s/ Jeffrey Alan Hartzell                                      Date 2/21/2018
JEFFREY ALAN HARTZELL
/s/ Robert B. Branson
Robert B. Branson, Esquire                                 Date 2/21/2018
        Attorney for Debtor

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing has been sent by U.S. Mail or by electronic transmission on the 21st day of February, 2018, to: Laurie K. Weatherford, Trustee, P. O. Box 3450, Winter Park, Florida 32790; Debtor; All Creditors and Parties in Interest as listed on the Court's Matrix as attached.

/s/ Robert B. Branson
Robert B. Branson, Esquire
Florida Bar No.: 800988
E-mail: *robert@bransonlaw.com*
**BransonLaw PLLC**
1501 E. Concord Street
Orlando, Florida 32803
Telephone: (407) 894-6834
Facsimile: (407) 894-8559
Attorney for Debtor

7

| Hartzell 17-5443-KSJ | | 9/16/2017 Unsecured | Debtor Pmt | 10.0% Tee Fee | | ATTY | MONITOR | CLM 1 BADCOCK | CLM 2 NATIONSTAR |
|---|---|---|---|---|---|---|---|---|---|
| | 60 | 60 | | | | | | | |
| 9/16/2017 | 1 | $0.00 | $5,256.00 | $525.60 | | $918.24 | | $18.99 | $342.21 |
| 10/16/2017 | 2 | $0.00 | $5,256.00 | $525.60 | | $918.24 | | $18.99 | $342.21 |
| 11/16/2017 | 3 | $0.00 | $5,256.00 | $525.60 | | $918.24 | | $18.99 | $342.21 |
| 12/16/2017 | 4 | $0.00 | $5,256.00 | $525.60 | 4 at | $918.24 | | $18.99 | $342.21 |
| 1/16/2018 | 5 | $0.00 | $5,256.00 | $525.60 | 1 at | $729.24 | | $18.99 | $342.21 |
| 2/16/2018 | 6 | $0.00  6 at | $5,256.00 | $525.60 | 1 at | $97.80  6 at | | $18.99 | $342.21 |
| 3/16/2018 | 7 | $3.33 | $5,910.00 | $591.00 | | | $50.00 | $18.99 | $342.21 |
| 4/16/2018 | 8 | $3.33 | $5,910.00 | $591.00 | | | $50.00 | $18.99 | $342.21 |
| 5/16/2018 | 9 | $3.33 | $5,910.00 | $591.00 | | | $50.00 | $18.99 | $342.21 |
| 6/16/2018 | 10 | $3.33 | $5,910.00 | $591.00 | | | $50.00 | $18.99 | $342.21 |
| 7/16/2018 | 11 | $3.33 | $5,910.00 | $591.00 | | | $50.00 | $18.99 | $342.21 |
| 8/16/2018 | 12 | $3.33 | $5,910.00 | $591.00 | | | $50.00 | $18.99 | $342.21 |
| 9/16/2018 | 13 | $3.33 | $5,910.00 | $591.00 | | | $50.00 | $18.99 | $342.21 |
| 10/16/2018 | 14 | $3.33 | $5,910.00 | $591.00 | | | $50.00 | $18.99 | $342.21 |
| 11/16/2018 | 15 | $3.33 | $5,910.00 | $591.00 | | | $50.00 | $18.99 | $342.21 |
| 12/16/2018 | 16 | $3.33 | $5,910.00 | $591.00 | | | $50.00 | $18.99 | $342.21 |
| 1/16/2019 | 17 | $3.33 | $5,910.00 | $591.00 | | | $50.00 | $18.99 | $342.21 |
| 2/16/2019 | 18 | $3.33 | $5,910.00 | $591.00 | | | $50.00 | $18.99 | $342.21 |
| 3/16/2019 | 19 | $3.33 | $5,910.00 | $591.00 | | | $50.00 | $18.99 | $342.21 |
| 4/16/2019 | 20 | $3.33 | $5,910.00 | $591.00 | | | $50.00 | $18.99 | $342.21 |
| 5/16/2019 | 21 | $3.33 | $5,910.00 | $591.00 | | | $50.00 | $18.99 | $342.21 |
| 6/16/2019 | 22 | $3.33 | $5,910.00 | $591.00 | | | $50.00 | $18.99 | $342.21 |
| 7/16/2019 | 23 | $3.33 | $5,910.00 | $591.00 | | | $50.00 | $18.99 | $342.21 |
| 8/16/2019 | 24 | $3.33 | $5,910.00 | $591.00 | | | $50.00 | $18.99 | $342.21 |
| 9/16/2019 | 25 | $3.33 | $5,910.00 | $591.00 | | | $50.00 | $18.99 | $342.21 |
| 10/16/2019 | 26 | $3.33 | $5,910.00 | $591.00 | | | $50.00 | $18.99 | $342.21 |
| 11/16/2019 | 27 | $3.33 | $5,910.00 | $591.00 | | | $50.00 | $18.99 | $342.21 |
| 12/16/2019 | 28 | $3.33 | $5,910.00 | $591.00 | | | $50.00 | $18.99 | $342.21 |
| 1/16/2020 | 29 | $3.33 | $5,910.00 | $591.00 | | | $50.00 | $18.99 | $342.21 |
| 2/16/2020 | 30 | $3.33 | $5,910.00 | $591.00 | | | $50.00 | $18.99 | $342.21 |
| 3/16/2020 | 31 | $3.33 | $5,910.00 | $591.00 | | | $50.00 | $18.99 | $342.21 |
| 4/16/2020 | 32 | $3.33 | $5,910.00 | $591.00 | | | $50.00 | $18.99 | $342.21 |
| 5/16/2020 | 33 | $3.33 | $5,910.00 | $591.00 | | | $50.00 | $18.99 | $342.21 |
| 6/16/2020 | 34 | $3.33 | $5,910.00 | $591.00 | | | $50.00 | $18.99 | $342.21 |
| 7/16/2020 | 35 | $3.33 | $5,910.00 | $591.00 | | | $50.00 | $18.99 | $342.21 |
| 8/16/2020 | 36 | $3.33  30 at | $5,910.00 | $591.00 | | | $50.00 | $18.99 | $342.21 |
| 9/16/2020 | 37 | $8.13 | $7,055.00 | $705.50 | | | $50.00 | $18.99 | $342.21 |
| 10/16/2020 | 38 | $8.13 | $7,055.00 | $705.50 | | | $50.00 | $18.99 | $342.21 |
| 11/16/2020 | 39 | $8.13 | $7,055.00 | $705.50 | | | $50.00 | $18.99 | $342.21 |
| 12/16/2020 | 40 | $8.13 | $7,055.00 | $705.50 | | | $50.00 | $18.99 | $342.21 |
| 1/16/2021 | 41 | $8.13 | $7,055.00 | $705.50 | | | $50.00 | $18.99 | $342.21 |
| 2/16/2021 | 42 | $8.13 | $7,055.00 | $705.50 | | | $50.00 | $18.99 | $342.21 |
| 3/16/2021 | 43 | $8.13 | $7,055.00 | $705.50 | | | $50.00 | $18.99 | $342.21 |
| 4/16/2021 | 44 | $8.13 | $7,055.00 | $705.50 | | | $50.00 | $18.99 | $342.21 |
| 5/16/2021 | 45 | $8.13 | $7,055.00 | $705.50 | | | $50.00 | $18.99 | $342.21 |
| 6/16/2021 | 46 | $8.13 | $7,055.00 | $705.50 | | | $50.00 | $18.99 | $342.21 |
| 7/16/2021 | 47 | $8.13 | $7,055.00 | $705.50 | | | $50.00 | $18.99 | $342.21 |
| 8/16/2021 | 48 | $8.13 | $7,055.00 | $705.50 | | | $50.00 | $18.99 | $342.21 |
| 9/16/2021 | 49 | $8.13 | $7,055.00 | $705.50 | | | $50.00 | $18.99 | $342.21 |
| 10/16/2021 | 50 | $8.13 | $7,055.00 | $705.50 | | | $50.00 | $18.99 | $342.21 |
| 11/16/2021 | 51 | $8.13 | $7,055.00 | $705.50 | | | $50.00 | $18.99 | $342.21 |
| 12/16/2021 | 52 | $8.13 | $7,055.00 | $705.50 | | | $50.00 | $18.99 | $342.21 |
| 1/16/2022 | 53 | $8.13 | $7,055.00 | $705.50 | | | $50.00 | $18.99 | $342.21 |
| 2/16/2022 | 54 | $8.13 | $7,055.00 | $705.50 | | | $50.00 | $18.99 | $342.21 |
| 3/16/2022 | 55 | $8.13 | $7,055.00 | $705.50 | | | $50.00 | $18.99 | $342.21 |
| 4/16/2022 | 56 | $8.13 | $7,055.00 | $705.50 | | | $50.00 | $18.99 | $342.21 |
| 5/16/2022 | 57 | $8.13 | $7,055.00 | $705.50 | | | $50.00 | $18.99 | $342.21 |
| 6/16/2022 | 58 | $8.13 | $7,055.00 | $705.50 | | | $50.00 | $18.99 | $342.21 |
| 7/16/2022 | 59 | $8.13 | $7,055.00 | $705.50 | | | $50.00 | $18.99 | $342.21 |
| 8/16/2022 | 60 | $8.39  24 at | $7,055.00 | $705.50 | 54 at | 54 at | $50.00  60 at | $18.99  60 at | $342.21 |
| | | $295.28 | $378,156.00 | $37,815.60 | | $4,500.00 | $2,700.00 | $1,139.40 | $20,532.60 |
| | | $288.00 | | | | $4,500.00 | $2,700.00 | $1,139.40 | $20,352.60 |
| | | 103% | | | | | | | |
| | | | | | | | | 999.76 @ 5.25% | 1218 Sunshine |

**Hartzell**
**17-5443-KSJ**

| Date | # | CLM 3 NATIONSTAR | CLM 4 CHASE | arrears CLM 4 CHASE | CLM 7 RUSHMORE | arrears CLM 7 RUSHMORE | CLM 8 RUSHMORE | arrears CLM 8 RUSHMORE |
|---|---|---|---|---|---|---|---|---|
| | 60 | | | | | | | |
| 9/16/2017 | 1 | $465.28 | $933.97 | | $561.12 | | $526.21 | |
| 10/16/2017 | 2 | $465.28 | $933.97 | | $561.12 | | $526.21 | |
| 11/16/2017 | 3 | $465.28 | $933.97 | | $561.12 | | $526.21 | |
| 12/16/2017 | 4 | $465.28 | $933.97 | | $561.12 | 4 at | $526.21 | 4 at |
| 1/16/2018 | 5 | $465.28 | $933.97 | 5 at | $561.12 | 1 at | $526.21 | 1 at $189.00 |
| 2/16/2018 | 6 | $465.28 | $933.97 | $73.36 | $561.12 | 1 at $192.72 | $526.21 | 1 at $150.00 |
| 3/16/2018 | 7 | $465.28 | $933.97 | $73.36 | $561.12 | $220.27 | $526.21 | $170.25 |
| 4/16/2018 | 8 | $465.28 | $933.97 | $73.36 | $561.12 | $220.27 | $526.21 | $170.25 |
| 5/16/2018 | 9 | $465.28 | $933.97 | $73.36 | $561.12 | $220.27 | $526.21 | $170.25 |
| 6/16/2018 | 10 | $465.28 | $933.97 | $73.36 | $561.12 | $220.27 | $526.21 | $170.25 |
| 7/16/2018 | 11 | $465.28 | $933.97 | $73.36 | $561.12 | $220.27 | $526.21 | $170.25 |
| 8/16/2018 | 12 | $465.28 | $933.97 | $73.36 | $561.12 | $220.27 | $526.21 | $170.25 |
| 9/16/2018 | 13 | $465.28 | $933.97 | $73.36 | $561.12 | $220.27 | $526.21 | $170.25 |
| 10/16/2018 | 14 | $465.28 | $933.97 | $73.36 | $561.12 | $220.27 | $526.21 | $170.25 |
| 11/16/2018 | 15 | $465.28 | $933.97 | $73.36 | $561.12 | $220.27 | $526.21 | $170.25 |
| 12/16/2018 | 16 | $465.28 | $933.97 | $73.36 | $561.12 | $220.27 | $526.21 | $170.25 |
| 1/16/2019 | 17 | $465.28 | $933.97 | $73.36 | $561.12 | $220.27 | $526.21 | $170.25 |
| 2/16/2019 | 18 | $465.28 | $933.97 | $73.36 | $561.12 | $220.27 | $526.21 | $170.25 |
| 3/16/2019 | 19 | $465.28 | $933.97 | $73.36 | $561.12 | $220.27 | $526.21 | $170.25 |
| 4/16/2019 | 20 | $465.28 | $933.97 | $73.36 | $561.12 | $220.27 | $526.21 | $170.25 |
| 5/16/2019 | 21 | $465.28 | $933.97 | $73.36 | $561.12 | $220.27 | $526.21 | $170.25 |
| 6/16/2019 | 22 | $465.28 | $933.97 | $73.36 | $561.12 | $220.27 | $526.21 | $170.25 |
| 7/16/2019 | 23 | $465.28 | $933.97 | $73.36 | $561.12 | $220.27 | $526.21 | $170.25 |
| 8/16/2019 | 24 | $465.28 | $933.97 | $73.36 | $561.12 | $220.27 | $526.21 | $170.25 |
| 9/16/2019 | 25 | $465.28 | $933.97 | $73.36 | $561.12 | $220.27 | $526.21 | $170.25 |
| 10/16/2019 | 26 | $465.28 | $933.97 | $73.36 | $561.12 | $220.27 | $526.21 | $170.25 |
| 11/16/2019 | 27 | $465.28 | $933.97 | $73.36 | $561.12 | $220.27 | $526.21 | $170.25 |
| 12/16/2019 | 28 | $465.28 | $933.97 | $73.36 | $561.12 | $220.27 | $526.21 | $170.25 |
| 1/16/2020 | 29 | $465.28 | $933.97 | $73.36 | $561.12 | $220.27 | $526.21 | $170.25 |
| 2/16/2020 | 30 | $465.28 | $933.97 | $73.36 | $561.12 | $220.27 | $526.21 | $170.25 |
| 3/16/2020 | 31 | $465.28 | $933.97 | $73.36 | $561.12 | $220.27 | $526.21 | $170.25 |
| 4/16/2020 | 32 | $465.28 | $933.97 | $73.36 | $561.12 | $220.27 | $526.21 | $170.25 |
| 5/16/2020 | 33 | $465.28 | $933.97 | $73.36 | $561.12 | $220.27 | $526.21 | $170.25 |
| 6/16/2020 | 34 | $465.28 | $933.97 | $73.36 | $561.12 | $220.27 | $526.21 | $170.25 |
| 7/16/2020 | 35 | $465.28 | $933.97 | $73.36 | $561.12 | $220.27 | $526.21 | $170.25 |
| 8/16/2020 | 36 | $465.28 | $933.97 | $73.36 | $561.12 | 30 at $220.27 | $526.21 | 30 at $170.25 |
| 9/16/2020 | 37 | $465.28 | $933.97 | $73.36 | $561.12 | $705.37 | $526.21 | $527.27 |
| 10/16/2020 | 38 | $465.28 | $933.97 | $73.36 | $561.12 | $705.37 | $526.21 | $527.27 |
| 11/16/2020 | 39 | $465.28 | $933.97 | $73.36 | $561.12 | $705.37 | $526.21 | $527.27 |
| 12/16/2020 | 40 | $465.28 | $933.97 | $73.36 | $561.12 | $705.37 | $526.21 | $527.27 |
| 1/16/2021 | 41 | $465.28 | $933.97 | $73.36 | $561.12 | $705.37 | $526.21 | $527.27 |
| 2/16/2021 | 42 | $465.28 | $933.97 | $73.36 | $561.12 | $705.37 | $526.21 | $527.27 |
| 3/16/2021 | 43 | $465.28 | $933.97 | $73.36 | $561.12 | $705.37 | $526.21 | $527.27 |
| 4/16/2021 | 44 | $465.28 | $933.97 | $73.36 | $561.12 | $705.37 | $526.21 | $527.27 |
| 5/16/2021 | 45 | $465.28 | $933.97 | $73.36 | $561.12 | $705.37 | $526.21 | $527.27 |
| 6/16/2021 | 46 | $465.28 | $933.97 | $73.36 | $561.12 | $705.37 | $526.21 | $527.27 |
| 7/16/2021 | 47 | $465.28 | $933.97 | $73.36 | $561.12 | $705.37 | $526.21 | $527.27 |
| 8/16/2021 | 48 | $465.28 | $933.97 | $73.36 | $561.12 | $705.37 | $526.21 | $527.27 |
| 9/16/2021 | 49 | $465.28 | $933.97 | $73.36 | $561.12 | $705.37 | $526.21 | $527.27 |
| 10/16/2021 | 50 | $465.28 | $933.97 | $73.36 | $561.12 | $705.37 | $526.21 | $527.27 |
| 11/16/2021 | 51 | $465.28 | $933.97 | $73.36 | $561.12 | $705.37 | $526.21 | $527.27 |
| 12/16/2021 | 52 | $465.28 | $933.97 | $73.36 | $561.12 | $705.37 | $526.21 | $527.27 |
| 1/16/2022 | 53 | $465.28 | $933.97 | $73.36 | $561.12 | $705.37 | $526.21 | $527.27 |
| 2/16/2022 | 54 | $465.28 | $933.97 | $73.36 | $561.12 | $705.37 | $526.21 | $527.27 |
| 3/16/2022 | 55 | $465.28 | $933.97 | $73.36 | $561.12 | $705.37 | $526.21 | $527.27 |
| 4/16/2022 | 56 | $465.28 | $933.97 | $73.36 | $561.12 | $705.37 | $526.21 | $527.27 |
| 5/16/2022 | 57 | $465.28 | $933.97 | $73.36 | $561.12 | $705.37 | $526.21 | $527.27 |
| 6/16/2022 | 58 | $465.28 | $933.97 | $73.36 | $561.12 | $705.37 | $526.21 | $527.27 |
| 7/16/2022 | 59 | $465.28 | $933.97 | 54 at $73.36 | $561.12 | 23 at $705.37 | $526.21 | 23 at $527.27 |
| 8/16/2022 | 60 | $465.28 | $933.97 | $73.24 | $561.12 | $705.29 | $526.21 | 1 at $527.23 |
| | | | | | | | | |
| | | $27,916.80 | $56,038.20 | $4,034.68 | $33,667.20 | $23,729.62 | $31,572.60 | $18,100.94 |
| | | **$27,916.80** | **$56,038.20** | **$4,034.68** | **$33,667.20** | **$23,729.62** | **$31,572.60** | **$18,100.94** |
| | | 311 S. 6th | 315 S. 2nd | | 602 O'Brien | | 1511 Main | |

| Hartzell 17-5443-KSJ | | CLM 10 USB/SPS | | CLM 11 WILMINGTON | | CLM 12 FAY | | arrears CLM 12 | | CLM 13 NATIONSTAR | | arrears CLM 13 NATIONSTAR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 60 | | | | | | | | | | | |
| 9/16/2017 | 1 | | | | | $679.42 | | | | $284.96 | | |
| 10/16/2017 | 2 | PAID DIRECT | | PAID DIRECT | | $679.42 | | | | $284.96 | | |
| 11/16/2017 | 3 | BY ACH | | BY ACH | | $679.42 | | | | $284.96 | | |
| 12/16/2017 | 4 | | | | | $679.42 | | | | $284.96 | | |
| 1/16/2018 | 5 | | | | | $679.42 | 5 at | | | $284.96 | 5 at | |
| 2/16/2018 | 6 | | | | | $679.42 | | $319.82 | | $284.96 | | $84.54 |
| 3/16/2018 | 7 | | | | | $679.42 | | $319.82 | | $284.96 | | $84.54 |
| 4/16/2018 | 8 | | | | | $679.42 | | $319.82 | | $284.96 | | $84.54 |
| 5/16/2018 | 9 | | | | | $679.42 | | $319.82 | | $284.96 | | $84.54 |
| 6/16/2018 | 10 | | | | | $679.42 | | $319.82 | | $284.96 | | $84.54 |
| 7/16/2018 | 11 | | | | | $679.42 | | $319.82 | | $284.96 | | $84.54 |
| 8/16/2018 | 12 | | | | | $679.42 | | $319.82 | | $284.96 | | $84.54 |
| 9/16/2018 | 13 | | | | | $679.42 | | $319.82 | | $284.96 | | $84.54 |
| 10/16/2018 | 14 | | | | | $679.42 | | $319.82 | | $284.96 | | $84.54 |
| 11/16/2018 | 15 | | | | | $679.42 | | $319.82 | | $284.96 | | $84.54 |
| 12/16/2018 | 16 | | | | | $679.42 | | $319.82 | | $284.96 | | $84.54 |
| 1/16/2019 | 17 | | | | | $679.42 | | $319.82 | | $284.96 | | $84.54 |
| 2/16/2019 | 18 | | | | | $679.42 | | $319.82 | | $284.96 | | $84.54 |
| 3/16/2019 | 19 | | | | | $679.42 | | $319.82 | | $284.96 | | $84.54 |
| 4/16/2019 | 20 | | | | | $679.42 | | $319.82 | | $284.96 | | $84.54 |
| 5/16/2019 | 21 | | | | | $679.42 | | $319.82 | | $284.96 | | $84.54 |
| 6/16/2019 | 22 | | | | | $679.42 | | $319.82 | | $284.96 | | $84.54 |
| 7/16/2019 | 23 | | | | | $679.42 | | $319.82 | | $284.96 | | $84.54 |
| 8/16/2019 | 24 | | | | | $679.42 | | $319.82 | | $284.96 | | $84.54 |
| 9/16/2019 | 25 | | | | | $679.42 | | $319.82 | | $284.96 | | $84.54 |
| 10/16/2019 | 26 | | | | | $679.42 | | $319.82 | | $284.96 | | $84.54 |
| 11/16/2019 | 27 | | | | | $679.42 | | $319.82 | | $284.96 | | $84.54 |
| 12/16/2019 | 28 | | | | | $679.42 | | $319.82 | | $284.96 | | $84.54 |
| 1/16/2020 | 29 | | | | | $679.42 | | $319.82 | | $284.96 | | $84.54 |
| 2/16/2020 | 30 | | | | | $679.42 | | $319.82 | | $284.96 | | $84.54 |
| 3/16/2020 | 31 | | | | | $679.42 | | $319.82 | | $284.96 | | $84.54 |
| 4/16/2020 | 32 | | | | | $679.42 | | $319.82 | | $284.96 | | $84.54 |
| 5/16/2020 | 33 | | | | | $679.42 | | $319.82 | | $284.96 | | $84.54 |
| 6/16/2020 | 34 | | | | | $679.42 | | $319.82 | | $284.96 | | $84.54 |
| 7/16/2020 | 35 | | | | | $679.42 | | $319.82 | | $284.96 | | $84.54 |
| 8/16/2020 | 36 | | | | | $679.42 | | $319.82 | | $284.96 | 36 at | $84.54 |
| 9/16/2020 | 37 | | | | | $679.42 | | $319.82 | | $284.96 | | $268.12 |
| 10/16/2020 | 38 | | | | | $679.42 | | $319.82 | | $284.96 | | $268.12 |
| 11/16/2020 | 39 | | | | | $679.42 | | $319.82 | | $284.96 | | $268.12 |
| 12/16/2020 | 40 | | | | | $679.42 | | $319.82 | | $284.96 | | $268.12 |
| 1/16/2021 | 41 | | | | | $679.42 | | $319.82 | | $284.96 | | $268.12 |
| 2/16/2021 | 42 | | | | | $679.42 | | $319.82 | | $284.96 | | $268.12 |
| 3/16/2021 | 43 | | | | | $679.42 | | $319.82 | | $284.96 | | $268.12 |
| 4/16/2021 | 44 | | | | | $679.42 | | $319.82 | | $284.96 | | $268.12 |
| 5/16/2021 | 45 | | | | | $679.42 | | $319.82 | | $284.96 | | $268.12 |
| 6/16/2021 | 46 | | | | | $679.42 | | $319.82 | | $284.96 | | $268.12 |
| 7/16/2021 | 47 | | | | | $679.42 | | $319.82 | | $284.96 | | $268.12 |
| 8/16/2021 | 48 | | | | | $679.42 | | $319.82 | | $284.96 | | $268.12 |
| 9/16/2021 | 49 | | | | | $679.42 | | $319.82 | | $284.96 | | $268.12 |
| 10/16/2021 | 50 | | | | | $679.42 | | $319.82 | | $284.96 | | $268.12 |
| 11/16/2021 | 51 | | | | | $679.42 | | $319.82 | | $284.96 | | $268.12 |
| 12/16/2021 | 52 | | | | | $679.42 | | $319.82 | | $284.96 | | $268.12 |
| 1/16/2022 | 53 | | | | | $679.42 | | $319.82 | | $284.96 | | $268.12 |
| 2/16/2022 | 54 | | | | | $679.42 | | $319.82 | | $284.96 | | $268.12 |
| 3/16/2022 | 55 | | | | | $679.42 | | $319.82 | | $284.96 | | $268.12 |
| 4/16/2022 | 56 | | | | | $679.42 | | $319.82 | | $284.96 | | $268.12 |
| 5/16/2022 | 57 | | | | | $679.42 | | $319.82 | | $284.96 | | $268.12 |
| 6/16/2022 | 58 | | | | | $679.42 | | $319.82 | | $284.96 | | $268.12 |
| 7/16/2022 | 59 | | | | | $679.42 | 54 at | $319.82 | | $284.96 | 59 at | $268.12 |
| 8/16/2022 | 60 | | | | 60 at | $679.42 | 1 at | $319.87 | 60 at | $284.96 | 60 at | $268.17 |
| | | | | | | $40,765.20 | | $17,590.15 | | $17,097.60 | | $9,055.67 |
| | | | | | | **$40,765.20** | | **$17,590.15** | | **$17,097.60** | | **$9,055.67** |
| | | Lojek Road | | 310 6th | | 400 6th | | | | 1214 Sunshine | | |

| Hartzell | | | | | | | arrears | | | | | |
| 17-5443-KSJ | | CLM 5 | | | CLM 14 | | CLM 14 | | | | | |
| | | CALIBER | | | DITECH | | DITECH | | | | | |
| | 60 | | | | | | | | | | | |
| 9/16/2017 | 1 | | | | | | | | | | | |
| 10/16/2017 | 2 | PAID DIRECT | | | | | | | | | | |
| 11/16/2017 | 3 | BY ACH | | | | | | | | | | |
| 12/16/2017 | 4 | | | | | | | | | | | |
| 1/16/2018 | 5 | | | | | | | | | | | |
| 2/16/2018 | 6 | | 6 at | | | 6 at | | | | | | |
| 3/16/2018 | 7 | | | | $397.09 | | $188.18 | | | | | |
| 4/16/2018 | 8 | | | | $397.09 | | $188.18 | | | | | |
| 5/16/2018 | 9 | | | | $397.09 | | $188.18 | | | | | |
| 6/16/2018 | 10 | | | | $397.09 | | $188.18 | | | | | |
| 7/16/2018 | 11 | | | | $397.09 | | $188.18 | | | | | |
| 8/16/2018 | 12 | | | | $397.09 | | $188.18 | | | | | |
| 9/16/2018 | 13 | | | | $397.09 | | $188.18 | | | | | |
| 10/16/2018 | 14 | | | | $397.09 | | $188.18 | | | | | |
| 11/16/2018 | 15 | | | | $397.09 | | $188.18 | | | | | |
| 12/16/2018 | 16 | | | | $397.09 | | $188.18 | | | | | |
| 1/16/2019 | 17 | | | | $397.09 | | $188.18 | | | | | |
| 2/16/2019 | 18 | | | | $397.09 | | $188.18 | | | | | |
| 3/16/2019 | 19 | | | | $397.09 | | $188.18 | | | | | |
| 4/16/2019 | 20 | | | | $397.09 | | $188.18 | | | | | |
| 5/16/2019 | 21 | | | | $397.09 | | $188.18 | | | | | |
| 6/16/2019 | 22 | | | | $397.09 | | $188.18 | | | | | |
| 7/16/2019 | 23 | | | | $397.09 | | $188.18 | | | | | |
| 8/16/2019 | 24 | | | | $397.09 | | $188.18 | | | | | |
| 9/16/2019 | 25 | | | | $397.09 | | $188.18 | | | | | |
| 10/16/2019 | 26 | | | | $397.09 | | $188.18 | | | | | |
| 11/16/2019 | 27 | | | | $397.09 | | $188.18 | | | | | |
| 12/16/2019 | 28 | | | | $397.09 | | $188.18 | | | | | |
| 1/16/2020 | 29 | | | | $397.09 | | $188.18 | | | | | |
| 2/16/2020 | 30 | | | | $397.09 | | $188.18 | | | | | |
| 3/16/2020 | 31 | | | | $397.09 | | $188.18 | | | | | |
| 4/16/2020 | 32 | | | | $397.09 | | $188.18 | | | | | |
| 5/16/2020 | 33 | | | | $397.09 | | $188.18 | | | | | |
| 6/16/2020 | 34 | | | | $397.09 | | $188.18 | | | | | |
| 7/16/2020 | 35 | | | | $397.09 | | $188.18 | | | | | |
| 8/16/2020 | 36 | | | | $397.09 | | $188.18 | | | | | |
| 9/16/2020 | 37 | | | | $397.09 | | $188.18 | | | | | |
| 10/16/2020 | 38 | | | | $397.09 | | $188.18 | | | | | |
| 11/16/2020 | 39 | | | | $397.09 | | $188.18 | | | | | |
| 12/16/2020 | 40 | | | | $397.09 | | $188.18 | | | | | |
| 1/16/2021 | 41 | | | | $397.09 | | $188.18 | | | | | |
| 2/16/2021 | 42 | | | | $397.09 | | $188.18 | | | | | |
| 3/16/2021 | 43 | | | | $397.09 | | $188.18 | | | | | |
| 4/16/2021 | 44 | | | | $397.09 | | $188.18 | | | | | |
| 5/16/2021 | 45 | | | | $397.09 | | $188.18 | | | | | |
| 6/16/2021 | 46 | | | | $397.09 | | $188.18 | | | | | |
| 7/16/2021 | 47 | | | | $397.09 | | $188.18 | | | | | |
| 8/16/2021 | 48 | | | | $397.09 | | $188.18 | | | | | |
| 9/16/2021 | 49 | | | | $397.09 | | $188.18 | | | | | |
| 10/16/2021 | 50 | | | | $397.09 | | $188.18 | | | | | |
| 11/16/2021 | 51 | | | | $397.09 | | $188.18 | | | | | |
| 12/16/2021 | 52 | | | | $397.09 | | $188.18 | | | | | |
| 1/16/2022 | 53 | | | | $397.09 | | $188.18 | | | | | |
| 2/16/2022 | 54 | | | | $397.09 | | $188.18 | | | | | |
| 3/16/2022 | 55 | | | | $397.09 | | $188.18 | | | | | |
| 4/16/2022 | 56 | | | | $397.09 | | $188.18 | | | | | |
| 5/16/2022 | 57 | | | | $397.09 | | $188.18 | | | | | |
| 6/16/2022 | 58 | | | | $397.09 | | $188.18 | | | | | |
| 7/16/2022 | 59 | | | | $397.09 | 53 at | $188.18 | | | | | |
| 8/16/2022 | 60 | | 54 at | | $397.09 | 1 at | $188.06 | | | | | |
| | | | | | | | | | | | | |
| | | | | $21,442.86 | | $10,161.60 | | | | | | |
| | | | | $21,442.86 | | $10,161.60 | | | | | | |
| | | | | | | | | | | | | |
| | | 402 S. 6th | | 214 N. 12th | | | | | | | | |

Label Matrix for local noticing
113A-6
Case 6:17-bk-05443-KSJ
Middle District of Florida
Orlando
Wed Feb 21 08:28:30 EST 2018

DITECH FINANCIAL LLC
Robertson Anschutz & Schneid, P.L.
6409 Congress Ave., Suite 100
Boca Raton,, FL 33487-2853

Jeffrey Alan Hartzell
401 Hope Street
Leesburg, FL 34748-5832

JPMorgan Chase Bank, National Association
Albertelli Law
PO Box 23028
Tampa, FL 33623-2028

U.S. Bank N.A..
C/o Marc G. Granger, Esq
8201 Peters Road, Suite 3000
Plantation, FL 33324-3292

U.S. Bank Nationasl Association
SHD Legal Group P.A.
PO BOX 19519
Fort Lauderdale, FL 33318-0519

Wells Fargo Bank, National Association, as T
c/o Brock and Scott, PLLC
1501 NW 49th Street, Suite 200
Ft. Lauderdale, FL 33309-3723

Wilmington Savings Fund Society, et al
c/o Prober & Raphael, a law corporation
20750 Ventura Boulevard, Suite 100
Woodland Hills, ca 91364-6207

U.S. BANK, NATIONAL ASSOCIATION
c/o Rushmore Loan Management Services LL
P.O. Box 55004
Irvine CA 92619-5004

Caliber Home Loans, In
Po Box 24610
Oklahoma City, OK 73124-0610

Chase Mtg
P.o. Box 24696
Columbus, OH 43224-0696

Comenity Bank/Bealls Florida
Po Box 182125
Columbus, OH 43218-2125

Ditech
PO Box 6172
Rapid City, SD 57709-6172

Fay Servicing
PO Box 619063
Dallas, TX 75261-9063

Fingerhut
6250 Ridgewood Rd
St Cloud, MN 56303-0820

Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee FL 32314-6668

Internal Revenue Service
Post Office Box 7346
Philadelphia PA 19101-7346

JPMorgan Chase Bank, National Association
Chase Records Center
Attn: Correspondence Mail
Mail Code LA4-5555
700 Kansas Lane
Monroe, LA 71203-4774

Lake County Tax Collector
Attn:  Bob McKee
Post Office Box 327
Tavares FL 32778-0327

Nationstar Mortgage
P.O. Box 60516
City of Industry, CA 91716-0516

Nationstar Mortgage LLC
Attn: Bankruptcy
8950 Cypress Waters Blvd
Coppell, TX 75019-4620

(p)NATIONSTAR MORTGAGE LLC
PO BOX 619096
DALLAS TX 75261-9096

Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA  98083-0788

Quantum3 Group LLC as agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA  98083-0788

Rushmore Loan Mgmt Ser
15480 Laguna Canyon Rd S
Irvine, CA 92618-2132

Select Portfolio Servicing, Inc
Po Box 65250
Salt Lake City, UT 84165-0250

Selene Finance Llc
Po Box 422039
Houston, TX 77242-4239

Synchrony Bank/Walmart
Attn: Bankruptcy
Po Box 956060
Orlando, FL 32896-0001

Trac/cbsd
Citicorp Credit/Centralized Bankruptcy
Po Box 20363
Kansas City, MO 64195-0363

U.S. BANK NATIONAL ASSOCIATION
Joshua C. Kligler
SHD LEGAL GROUP P.A.
PO BOX 19519
FORT LAUDERDALE, FL 33318-0519

U.S. Bank National Association as Legal Titl
Fay Servicing, LLC
3000 Kellway Drive, Suite 150
Carrollton, TX 75006-3357

U.S. Bank Trust, N.A., as Trustee
for LSF9 Master Participation Trust
c/o Caliber Home Loans, Inc.
13801 Wireless Way,
Oklahoma City, OK 73134-2500

US Bank NA Successor Trustee to
Bank of America
Select Portfolio Servicing, Inc
PO BOX 65250
SALT LAKE CITY, UT 84165-0250


W.S. Badcock, Corporation
P.O. Box 724
Mulberry, FL 33860-0724

Wells Fargo Bank, National Association
c/o Nationstar Mortgage, LLC
PO Box 619096
Dallas, TX 75261-9096

Wilmington Savings Fund Society, FSB,et al
c/o Selene Finance LP
9990 Richmond Ave., Suite 400 South
Houston, TX 77042-4546


Laurie K Weatherford +
Post Office Box 3450
Winter Park, FL 32790-3450

Robert B Branson +
BransonLaw PLLC
1501 E. Concord Street
Orlando, FL 32803-5411

United States Trustee - ORL7/13 7+
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801-2210


Marc G Granger +
Kahane and Associates
8201 Peters Road, Suite 3000
Plantation, FL 33324-3292

Bouavone Amphone +
Robertson, Anschutz & Schneid, P.L.
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

Joshua C Kligler +
SHD Legal Group, P.A.
Post Office Box 19519
Fort Lauderdale, FL 33318-0519


Ella Roberts +
Albertelli Law
Post Office Box 23028
Tampa, FL 33623-2028

Nirvani D Sarabjit +
Brock & Scott, PLLC
1501 NW 49th Street, Suite 200
Fort Lauderdale, FL 33309-3723

Scott C Lewis +
Albertelli Law
PO Box 23028
Tampa, FL 33623-2028


Neisi L Garcia Ramirez +
Brook & Scott, PLLC
1501 NW 49th Street, Suite 200
Ft. Lauderdale, FL 33309-3723

Rachel L Ahlum +
Aldridge Pite LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305-1636

Ashleigh C McKenzie +
Albertelli Law
Post Office Box 23028
Tampa, FL 33623-2028


Note: Entries with a '+' at the end of the
name have an email address on file in CMECF


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Nationstar Mortgage LLC
Bankruptcy Department
P.O Box 619096
Dallas, TX 75261-9741

(d)Nationstar Mortgage LLC
Bankruptcy Department
P.O. Box 619096
Dallas, TX 75261-9741


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Fay Servicing, LLC

(u)Karen S. Jennemann
Orlando

(u)Nationstar Mortgage LLC

(u)Nationstar Mortgage LLC d/b/a Mr. Cooper

(u)U.S. Bank Trust, N.A., as Trustee for LSF9

(d)U.S. BANK, NATIONAL ASSOCIATION
c/o Rushmore Loan Management Services LL
P.O. Box 55004
Irvine CA 92619-5004

End of Label Matrix
Mailable recipients    48
Bypassed recipients     6
Total                  54